AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>vs.   )<br> )<br>TOMMY T. LANGSTON, a/k/a "G," (01) )<br> )<br>Defendant.   ) | Case No. 15-CR-40055-JPG |

## ORDER SCHEDULING A DETENTION HEARING

**IT IS ORDERED** that a detention hearing is set as to the above-named defendant for **July 14, 2015, at 11:30 a.m.** before the Honorable Philip M. Frazier, Magistrate Judge, U.S. Courthouse, 301 West Main Street, Benton, Illinois.   Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

**DATED: July 9, 2015.**

s/ *Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**